# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:26-CR-59-TAV-JEM |
| | ) | |
| JAMES EDWARD BELL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant James Edward Bell's Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [Doc. 14], which he filed on June 26, 2026.

Defendant asks the Court to continue the July 28, 2026 trial date, the June 26, 2026 plea deadline, and the motion deadline, set for July 7, 2026 [*Id.* ¶ 1]. As grounds, Defendant states defense counsel requests additional time to allow for research and investigation to be completed to assist in the determination as to whether pretrial motions should be filed [*Id.* ¶ 2]. Defendant had his initial appearance on June 9, 2026, and received an initial discovery disclosure shortly thereafter [*Id.*]. While the initial discovery production is not overly voluminous, additional time is needed for Defendant to meet with his counsel to review discovery [*Id.*]. Defendant's counsel has since made a request for supplemental discovery and represents that the parties have been in communication about this supplemental request and are working together in good faith [*Id.*]. Defendant submits that additional time is needed to complete the discovery process [*Id.*]. Defendant understands that the period between the filing of his motion and a new trial date will be fully excludable for speedy trial purposes [*Id.* ¶ 4].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance [Doc. 16], the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, even accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to receive and review discovery with Defendant, consider pretrial motions, and to otherwise prepare for trial. The Court finds that all of this cannot occur before the July 28, 2026 trial date.

The Court therefore **GRANTS** Defendant James Edward Bell's Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [**Doc. 14**]. The trial of this case is reset to **December 8, 2026.** A new schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on June 26, 2026, and the new trial date is fully excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant James Edward Bell's Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [**Doc. 14**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **December 8, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **June 26, 2026**, and the new trial date of **December 8, 2026,** is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

2

(4)  pretrial motions are due on or before **August 6, 2026.** Responses to the pretrial motions are due on or before **August 20, 2026**;

(5)  the deadline for filing a plea agreement in the record and providing reciprocal discovery is **November 6, 2026**;

(6)  the deadline for filing motions *in limine* is **November 23, 2026**, and responses to motions *in limine* are due on or before **December 1, 2026**;

(7)  the parties are to appear before the undersigned for a final pretrial conference on **November 24, 2026, at 11:00 a.m.,** and

(8)  requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **November 27, 2026.**

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3